IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES D. ADAMS,
    Petitioner,

vs.                              Case No. 3:09cv214/LAC/EMT

WARDEN S. CULPEPPER,
    Respondent.
_____/

**ORDER**

This matter is before the court on Petitioner's "Notice of Action," in which Petitioner seeks immediate disposition of his federal habeas petition (Doc. 23).  Petitioner has failed to show good cause for expediting review of this matter; therefore, the motion shall be denied.

Accordingly, it is **ORDERED**:

Petitioner's "Notice of Action" (Doc. 23) is **DENIED**.

**DONE AND ORDERED** this 1st day of April 2010.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**